**Opinion issued January 27, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00630-CR**

**NO. 01-14-00631-CR**

**NO. 01-14-00632-CR**

———————————

**IN RE DOMINIQUE DONTAE LASKER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Dominique Dontae Lasker, has filed a petition for writ of mandamus, challenging trial court orders denying his motions to dismiss the

State's indictments, under the Interstate Agreement on Detainers Act, TEX. CODE CRIM. PROC. ANN. art. 51.14 (West 2006).[1]

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Lloyd.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1]   The underlying cases are *State of Texas v. Dominique Dontae Lasker*, Cause Nos. 11-01-13703, 11-01-13704, 11-01-13705, in the 506th District Court of Waller County, Texas, the Honorable Albert M. McCraig presiding.